**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA 95814**

Daniel J. Broderick            (916) 498-5700  Fax: (916) 498-5710            Linda C. Harter
*Federal Defender*                                                              *Chief Assistant Defender*

**FILED**
**OCT 12 2011**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

MEMORANDUM  *& Order*
                C/EJG

DATE:     October 11, 2011

TO:       Colleen Lydon, Deputy Courtroom Clerk to the
          Honorable Edward J. Garcia
          United States District Court Judge

FROM:     Courtney Fein, Assistant Federal Defender

SUBJECT:  *U.S. v. William Jagger*
          CR-S-96-355-EJG

---

Please let this serve as a request to continue the Supervised Release hearing set for October 14, 2011, to November 4, 2011. All parties have been informed of and consent to the new hearing date.

The reason for this request is that United States Probation Officer Glenn Simon has asked counsel to request the court's permission the report prepared by Dr. John Wicks, the forensic psychologist who examined Mr. Jagger. Counsel for the defendant requests more time to prepare and file a motion requesting permission to see this report. Counsel has concerns regarding Mr. Jagger's competency and may need to request a forensic psychologist's expertise to have Mr. Jagger evaluated once more. Before incurring the cost of doing so, counsel believes it would be appropriate to review Dr. Wicks' report.

If you have any questions concerning the above, please feel free to contact me.

cc: Michelle Prince, AUSA
    Glenn Simon, USPO

**IT IS SO ORDERED**
_____
10/11/11