1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   WILLIAM JAGGER
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      )   No. 2:96-CR-0355 EJG
                                  )
14            Plaintiff,          )
                                  )
15       v.                       )   **PETITION REQUESTING
                                  )   DISCLOSURE OF PROBATION
16 WILLIAM JAGGER,                )   RECORDS; ORDER (proposed)**
                                  )
17            Defendant.          )
                                  )   Judge:   Hon. Edward J. Garcia
18 _____  )

19

20        Pursuant to Local Rule 461 of the Eastern District of California, Mr. Jagger hereby

21 requests that the Court order Probation to disclose a copy of the evaluation report prepared

22 by forensic psychologist Dr. John Wicks. This request extends to the complete written report

23 and to medical records or other related records (such as emails or chronos) that are stored only

24 in electronic form (text messages, email, or any other electronic memorandum or note) but

25 have not been printed or added to the file or to the report itself.  Mr. Jagger asks that these

26 materials be disclosed to him as soon as possible but no later than October 28, 2011, one

27 week in advance of the disposition hearing.

28        Local Rule 461 authorizes the Court to order the release of otherwise-confidential

1    probation records upon a showing by any party of "the need for specific records." The need

2    for records in this case is to investigate the following: (1) Mr. Jagger's competency and (2)

3    the affect any mental illness or disability Mr. Jagger may have on his both his behavior and

4    his ability to comply with the conditions of supervision.

5         Mr. Jagger is alleged to have violated supervision in one respect: that he failed to report

6    to his probation officer thereby preventing him from participating in supervision at all.

7    Federal prosecutors have a constitutional obligation to disclose exculpatory and mitigating

8    evidence to the defendant along with inculpatory and aggravating evidence. Such information

9    in the form of Dr. Wicks' report is in the possession of the United States Probation Office.

10   Based on the Pre-Sentence Report in the case underlying this term of supervision, there is no

11   question that the file concerning Mr. Jagger contains medical diagnoses such as bi-polar

12   disorder and frontal lobe damage that would be mitigating. *See* PSR at 10. Defense counsel

13   must be allowed to examine that report in full in order to effectively represent Mr. Jagger at

14   the disposition hearing and determine if Mr. Jagger's competency is in question. Disclosing

15   the evidence in advance will also prevent delays arising from requests under the Jencks Act

16   (18 U.S.C. § 3500) and Fed. R. Crim. P. 26.2.

17         A proposed order is attached for the Court's convenience. Defense counsel does not

18   necessarily require a hard copy of the report; counsel would be grateful for an electronic

19   copy or an opportunity to review and copy the report in person.

20

21                               Respectfully submitted,

22                               DANIEL J. BRODERICK
                                  Federal Defender

23

24   Dated: October 11, 2011           /s/ Courtney Fein
                                 COURTNEY FEIN

25                               Assistant Federal Defender
                              Attorney for WILLIAM JAGGER

26

27

28

Pet. Requesting Disclosure
of Probation Records               −2−

1

**O R D E R**

2

3        The probation officer is hereby ordered to provide to defendant copies of the complete

4    report prepared by Dr. John Wicks (including information stored in an electronic format) prior

5    to noon on Friday, October 28, 2011. The office may instead choose to provide access to the

6    entire report as noted above, with an opportunity to copy documents defendant may wish to

7    use at the hearing.

8        IT IS SO ORDERED.

9

10    Dated:    October 11, 2011

HON. EDWARD J. GARCIA
Senior United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pet. Requesting Disclosure
of Probation Records                                    -3-